6/14/2016 4:46:36 PM
Chris Daniel - District Clerk Harris County
Envelope No. 11144642
By: JIMMY RODRIGUEZ
Filed: 6/14/2016 4:46:36 PM

CAUSE NO. 2015-42296

| | | |
|---|---|---|
| DEVEN TESEAN BOWE<br>*Plaintiff* | § § § | IN THE DISTRICT COURT |
| DORA RUIZ & IMMELL BLADIMIR RIVERA,<br>*Intervenor Plaintiff,* | § § § § | |
| v. | § § § | HARRIS COUNTY, TEXAS |
| COMBINED TRANSPORT, INC. and MICHAEL DAVIS<br>*Defendants.* | § § § § | 133rd JUDICIAL DISTRICT |

## PLAINTIFF'S NOTICE OF NON-SUIT WITHOUT PREJUDICE

Plaintiff Karen Constanza-Torres files this Non-Suit WITHOUT prejudice on her claims effective immediately.

Respectfully submitted,

HEARD ROBINS CLOUD, LLP

*/s/ Hector Longoria*

HECTOR G. LONGORIA
Texas State Bar No.: 00794185
2000 West Loop South, Suite 2200
Houston, Texas 77027
Telephone: (713) 650-1200
Facsimile: (713) 650-1400
Email: hlongoria@heardrobins.com

*Attorney for Plaintiff,*
*Karen Constanza-Torres*

EXHIBIT 42

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered in accordance with Rule 21 and 21a of the Texas Rules of Civil Procedure to the counsel of record listed below by electronic delivery via eFiling for Courts eService, email, certified mail/return receipt requested and/or facsimile on this 14th day of June, 2016:

Nick Oweyssi
**THE OWEYSSI LAW FIRM**
3200 Southwest Freeway, Suite 2350
nick@oweyssilaw.com
State Bar No. 24072875
Houston, TX 77027
(713) 225-2222
*Attorney for Deven Tesean Bowe*

James Eloi Doyle
**DOYLE, RESTREPO HARVIN & ROBBINS, L.L.P.**
State Bar No. 06093500
jdoyle@drhrlaw.com
Reed W. Burritt
State Bar No. 24092201
rburritt@drhrlaw.com
440 Louisiana St, Suite 2300
Houston, Texas 77002
(713) 228-5100
*Attorneys for Dora Ruiz*

Eric R. Benton
State Bar No. 00797890
erb@lorancethompson.com
**LORANCE & THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, TX 77092
(713) 868-5560

William S. Bush
State Bar No. 003497500
Phillip Sellers
State Bar No. 18015400
**Bush & Ramirez, PLLC**
5615 Kirby Drive, Suite 900
Houston, Texas 77005
Tel. No.: (713) 626-1555
Cel. No.: (713) 899-5955
Fax No.: (713) 622-8077
WSBush@BushRamirez.com
psellers@bushramirez.com

*Attorneys for Combined Transport, Inc., Combined Transport Logistics Group, Inc. Cardmore Limited Partnership & Michael Davis*

Fernando P. Arias
Lisa M. Yerger
**FLETCHER, FARLEY, SHIPMAN & SALINAS, LLP**
9201 N. Central Expressway, Suite 600
Dallas, Texas 75231
*Attorneys for Supershuttle Houston LLC*

Austin L. Van Stean
austin@vansteanlaw.com
State Bar No. 24033291
The Van Stean Law Firm
9654C Katy Freeway, Suite 121
Houston, Texas 77055
(713) 478-8552
*Plaintiff Attorney for Nora Estada*

Shane Mackey
State Bar No.
Shane.Mackey@wbclawfirm.com
**WALTERS BALIDO & CRAIN**
2500 Tanglewilde, Suite 250
Houston, Texas 77063
(713) 335-0285
*Defense Attorney for Nora Estada*

Michael T. Sprague
State Bar No. 18961900
mspraguelaw@gmail.com
**SPRAGUE, RUSTAM & DIAMOND, P.C.**
11111 Katy Freeway, Suite 300
Houston, TX 77079
(713) 647-3130
*Defense Attorney for Erfain Gomez*

_____
Hector G. Longoria