CAUSE NO. 2015-42296

| | | |
|---|---|---|
| **DEVEN TESEAN BOWE** <br> *Plaintiff* | § § § | IN THE DISTRICT COURT OF |
| v. | § § | |
| **IMMEL BLADIMIR RIVERA,** <br> *Intervenor Plaintiff,* | § § § | |
| **EFRAIN GOMEZ** <br> *Cross Plaintiff* | § § § | |
| v. | § § | |
| **COMBINED TRANSPORT, INC., and MICHAEL EUGENE DAVIS,** <br> *Defendants/Cross-Defendants.* | § § § | HARRIS COUNTY, TEXAS |
| & | § § | |
| **DORA RUIZ,** <br> *Intervenor Plaintiff,* | § § § | |
| v. | § § | |
| **COMBINED TRANSPORT, INC. MICHAEL DAVIS, SUPERSHUTTLE HOUSTON, LLC, DEVEN TESEAN BOWE, NORA ESTRADA, EFRAIN GOMEZ, AND COMBINED TRANSPORT LOGISTICS GROUP, INC.** <br> *Defendants* | § § § § § § § § | 133RD JUDICIAL DISTRICT |

## NOTICE OF PARTIAL NON-SUIT WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **DEVEN TESEAN BOWE,** Plaintiff in the above-entitled and numbered cause, and states to the Court that he no longer desires to prosecute his claims and causes of action against **COMBINED TRANSPORT, INC., MICHAEL DAVIS, COMBINED TRANSPORT LOGISTICS GROUP, INC. AND CARDMOORE TRUCKING LIMITED PARTNERSHIP** at this time and, accordingly, respectfully moves the Court to dismiss this cause with prejudice at the cost of party incurring same.

**EXHIBIT 43**

Respectfully submitted,

By: _____
Nick Oweyssi
SBN: 24072875
nick@oweyssilaw.com
THE OWEYSSI LAW FIRM, PLLC
3200 Southwest Freeway, Suite 2350
Houston, Texas 77027
713/225-2222
713/766-6911 – fax

**ATTORNEY FOR PLAINTIFF
DEVEN TESEAN BOWE**

## CERTIFICATE OF SERVICE

I, Nick Oweyssi, hereby certify that on this the 27th day of September, 2016, a true and correct copy of the foregoing document was served on all counsel of record, and that the original was promptly filed with the District Clerk's Office of Harris County, Texas, together with this Certificate of Service.

_____
Nick Oweyssi