CAUSE NO. 2015-42296

| | | |
|---|---|---|
| DEVEN TESEAN BOWE,<br>*Plaintiff,* | § § § | IN THE DISTRICT COURT |
| IMMELL BLADIMIR RIVERA,<br>*Intervenor Plaintiff,* | § § § | |
| EFRAIN GOMEZ,<br>*Cross Plaintiff,* | § § § | |
| V. | § § | |
| COMBINED TRANSPORT, INC. AND<br>MICHAEL EUGENE DAVIS,<br>*Defendants/Cross-Defendants.* | § § § § | HARRIS COUNTY, TEXAS |
| & | § § | |
| DORA RUIZ,<br>*Intervenor Plaintiff,* | § § § | |
| V. | § § | |
| COMBINED TRANSPORT, INC.,<br>MICHAEL EUGENE DAVIS,<br>SUPERSHUTTLE HOUSTON, LLC,<br>DEVEN TESEAN BOWE, NORA<br>ESTRADA, AND EFRAIN GOMEZ,<br>*Defendants .* | § § § § § § | 133rd JUDICIAL DISTRICT |

### INTERVENOR DORA RUIZ'S NOTICE OF NON-SUIT WITHOUT PREJUDICE AS TO DEFENDANTS SUPERSHUTTLE HOUSTON, LLC AND DEVEN TESEAN BOWE

TO THE HONORABLE JUDGE OF SAID COURT:

Intervenor **DORA RUIZ** now comes and files this Notice of Non-Suit Without Prejudice.

In support of same, Intervenor Plaintiff would show unto this Court as follows:

Intervenor filed a Petition in Intervention against Defendants **SUPERSHUTTLE HOUSTON, LLC and DEVEN TESEAN BOWE** and others for personal injuries sustained by Intervenor. Intervenor no longer seeks to pursue her claims against Defendants


EXHIBIT 45

SUPERSHUTTLE HOUSTON, LLC and DEVEN TESEAN BOWE only. This notice does not affect Intervenor's claims against other defendants.

Therefore, Intervenor files this Non-Suit Without Prejudice pursuant to Rules 162 and 163 of the TEXAS RULES OF CIVIL PROCEDURE.

**WHEREFORE, PREMISES CONSIDERED,** Intervenor Dora Ruiz non-suits without prejudice all of her claims against Defendants SuperShuttle Houston, LLC and Deven Tesean Bowe only.

        Respectfully Submitted,

        **DOYLE RESTREPO HARVIN &**
        **ROBBINS, LLP**

        */s/ James Eloi Doyle*
        **JAMES ELOI DOYLE**
        State Bar No. 06093500
        jdoyle@drhrlaw.com
        **MICHAEL D. ROBBINS**
        State Bar No. 16984700
        mrobbins@drhrlaw.com
        440 Louisiana St., Suite 2300
        Houston, Texas 77002
        713-228-5100
        713-228-6138 fax

        – and –

        **MARK D. MANELA**
        State Bar No. 12894500
        mmanela@manelalawfirm.com
        MANELA LAW FIRM
        440 Louisiana St., Suite 2300
        Houston, Texas 77002
        713-240-4843

        **ATTORNEYS FOR INTERVENOR**
        **DORA RUIZ**

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been mailed, telecopied, hand delivered, or electronically transmitted to all attorneys of record in this cause of action, in compliance with Rule 21a. of the TEXAS RULES OF CIVIL PROCEDURE, on the 29 day of September, 2016.

/s/ Michael D. Robbins
**MICHAEL D. ROBBINS**

CAUSE NO. 2015-42296

| | | |
|---|---|---|
| DEVEN TESEAN BOWE,<br>*Plaintiff,* | § § § | IN THE DISTRICT COURT |
| IMMELL BLADIMIR RIVERA,<br>*Intervenor Plaintiff,* | § § § | |
| EFRAIN GOMEZ,<br>*Cross Plaintiff,* | § § § | |
| V. | § § | |
| COMBINED TRANSPORT, INC. AND MICHAEL EUGENE DAVIS,<br>*Defendants/Cross-Defendants.* | § § § § | HARRIS COUNTY, TEXAS |
| & | § § | |
| DORA RUIZ,<br>*Intervenor Plaintiff,* | § § § | |
| V. | § § | |
| COMBINED TRANSPORT, INC., MICHAEL EUGENE DAVIS, SUPERSHUTTLE HOUSTON, LLC, DEVEN TESEAN BOWE, NORA ESTRADA, AND EFRAIN GOMEZ,<br>*Defendants .* | § § § § § § | 133rd JUDICIAL DISTRICT |

### ORDER GRANTING INTERVENOR DORA RUIZ'S NOTICE OF NON-SUIT WITHOUT PREJUDICE AS TO DEFENDANTS SUPERSHUTTLE HOUSTON, LLC AND DEVEN TESEAN BOWE

On this day, Intervenor **DORA RUIZ**'s Notice of Non-Suit Without Prejudice as to Defendants **SUPERSHUTTLE HOUSTON, LLC and DEVEN TESEAN BOWE** came to be presented before this Court. After considering Intervenor's Notice of Non-Suit and finding no objection, this Court APPROVES Intervenor's Notice of Non-Suit Without Prejudice dismissing all claims against Defendants **SUPERSHUTTLE HOUSTON, LLC and DEVEN TESEAN BOWE** only. Intervenor's claims against other defendants are not affected by this Non-Suit.

SIGNED on this \_\_\_\_ day of _____, 2016.

_____
**JUDGE PRESIDING**