CAUSE NO. 2015-42296

| | | |
|---|---|---|
| **DEVEN TESEAN BOWE,** *Plaintiff,* | § § § | IN THE DISTRICT COURT |
| **IMMELL BLADIMIR RIVERA,** *Intervenor Plaintiff,* | § § § § | |
| **EFRAIN GOMEZ,** *Cross Plaintiff,* | § § § | |
| V. | § § | |
| **COMBINED TRANSPORT, INC. AND MICHAEL EUGENE DAVIS,** *Defendants/Cross-Defendants.* | § § § § | HARRIS COUNTY, TEXAS |
| & | § § | |
| **DORA RUIZ,** *Intervenor Plaintiff,* | § § § | |
| V. | § § | |
| **COMBINED TRANSPORT, INC., MICHAEL EUGENE DAVIS, SUPERSHUTTLE HOUSTON, LLC, DEVEN TESEAN BOWE, NORA ESTRADA, AND EFRAIN GOMEZ,** *Defendants.* | § § § § § § | 133rd JUDICIAL DISTRICT |

### INTERVENOR DORA RUIZ'S NOTICE OF NON-SUIT WITHOUT PREJUDICE AS TO CROSS PLAINTIFF EFRAIN GOMEZ

TO THE HONORABLE JUDGE OF SAID COURT:

Intervenor **DORA RUIZ** now comes and files this Notice of Non-Suit Without Prejudice. In support of same, Intervenor Plaintiff would show unto this Court as follows:

Intervenor filed a Petition in Intervention against Cross Plaintiff **EFRAIN GOMEZ** and others for personal injuries sustained by Intervenor. Intervenor no longer seeks to pursue her claims against Cross Plaintiff **EFRAIN GOMEZ** only. This notice does not affect Intervenor's

claims against other parties in this case.

Therefore, Intervenor files this Non-Suit Without Prejudice pursuant to Rules 162 and 163 of the TEXAS RULES OF CIVIL PROCEDURE.

**WHEREFORE, PREMISES CONSIDERED,** Intervenor Dora Ruiz non-suits without prejudice all of her claims against Cross Plaintiff Efrain Gomez only.

Respectfully Submitted,

**DOYLE RESTREPO HARVIN & ROBBINS, LLP**

*/s/ James Eloi Doyle*
**JAMES ELOI DOYLE**
State Bar No. 06093500
jdoyle@drhrlaw.com
**MICHAEL D. ROBBINS**
State Bar No. 16984700
mrobbins@drhrlaw.com
440 Louisiana St., Suite 2300
Houston, Texas 77002
713-228-5100
713-228-6138 fax

– and –

**MARK D. MANELA**
State Bar No. 12894500
mmanela@manelalawfirm.com
MANELA LAW FIRM
440 Louisiana St., Suite 2300
Houston, Texas 77002
713-240-4843

**ATTORNEYS FOR INTERVENOR DORA RUIZ**

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been mailed, telecopied, hand delivered, or electronically transmitted to all attorneys of record in this cause of action, in compliance with Rule 21a. of the TEXAS RULES OF CIVIL PROCEDURE, on the 18 day of October , 2016.

/s/ Michael D. Robbins
**MICHAEL D. ROBBINS**