IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEVEN TESEAN BOWE, | § | |
| IMMEL BLADIMIR RIVERA, | § | |
| EFRAIN GOMEZ, AND | § | |
| DORA RUIZ, | § | |
| *Plaintiff, Intervenor Plaintiffs and Cross-Plaintiff* | § | CIVIL ACTION NO.: |
| | § | JURY DEMANDED |
| v. | § | |
| | § | |
| COMBINED TRANSPORT, INC., *ET AL.* | § | |
| *Defendants* | § | |

## INDEX OF MATTERS BEING FILED WITH DEFENDANTS' NOTICE OF REMOVAL

Pursuant to Local Rule 81, Defendant Combined Transport, Inc., Michael Davis, Combined Transport Logistics Group, Inc. and Cardmoore Trucking Limited Partnership submits and attached to its Notice of Removal the following index of matters being filed with Defendant's Notice of Removal.

Exhibit 1:   Plaintiff's Original Petition

Exhibit 2:   Petition in Intervention of Dora Ruiz

Exhibit 3:   Intervenor Plaintiff's Original Petition in Intervention

Exhibit 4:   Cross Plaintiff's Original Cross Petition

Exhibit 5:   Plaintiff Deven Tesean Bowe's First Amended Petition

Exhibit 6:   Defendants, Combined Transport, Inc.'s Original Answer

Exhibit 7:   Defendant, Combined Transport, Inc.'s Original Answer to Cross-Plaintiff, Efrain Gomez's Original Cross Petition

Exhibit 8:   Defendant, Combined Transport, Inc.'s Original Answer to Intervenor Plaintiff, Immel Bladimir Rivera's Original Petition in Intervention

**EXHIBIT 74**

| | |
|---|---|
| Exhibit 9: | Defendant, Combined Transport, Inc.'s Original Answer to Dora Ruiz's Petition in Intervention |
| Exhibit 10: | Defendants Supershuttle Houston, LLC and Deven Tesean Bowe's Original Answer to Petition in Intervention of Dora Ruiz |
| Exhibit 11: | Defendant Nora Estrada's Original Answer to Petition in Intervention of Dora Ruiz |
| Exhibit 12: | Defendant, Michael Davis' Original Answer to Cross-Plaintiff, Efrain Gomez' Original Cross-Petition |
| Exhibit 13: | Defendant, Michael Eugene Davis' Original Answer to Dora Ruiz' Petition in Intervention |
| Exhibit 14: | Defendant, Michael Eugene Davis' Original Answer to Intervenor Plaintiff, Immel Bladimir Rivera's Original Petition in Intervention |
| Exhibit 15: | Defendant, Michael Davis' Original Answer |
| Exhibit 16: | Cross Plaintiff's First Amended Cross Petition |
| Exhibit 17: | Intervenor Plaintiff's Frist Amended Petition in Intervention |
| Exhibit 18: | Plaintiff Deven Tesean Bowe's Second Amended Original Petition |
| Exhibit 19: | Amended Petition in Intervention of Dora Ruiz |
| Exhibit 20: | Defendant, Combined Transport Logistics Group, Inc.'s Answer to Plaintiff Deven Tesean Bowe's Second Amended Petition |
| Exhibit 21: | Defendant, Combined Transport Logistics Group, Inc.'s Answer to Cross-Plaintiff Efrain Gomez's First Amended Cross-Petition |
| Exhibit 22: | Defendant, Combined Transport Logistics Group, Inc.'s Answer to Intervenor Plaintiff Immel Bladimir Rivera's First Amended Petition in Intervention |

Exhibit 23:   Defendant, Combined Transport Logistics Group, Inc.s' Answer to Amended Petition in Intervention of Dora Ruiz

Exhibit 24:   Plaintiff Deven Tesean Bowe's Third Amended Original Petition

Exhibit 25:   Cross Plaintiff's Second Amended Cross Petition

Exhibit 26:   Intervenor Plaintiff's Second Amended Petition in Intervention

Exhibit 27:   Intervenor Plaintiff Karen Constanza Torres' Petition in Interventino

Exhibit 28:   Intervenor Plaintiff Karen Constanza Torres' Petition in Intervention

Exhibit 29:   Plaintiff Deven Tesean Bowe's Fourth Amended Original Petition

Exhibit 30:   Defendant Nora Estrada's First Amended Answer to Petition in Intervention of Dora Ruiz

Exhibit 31:   Defendant Nora Estrada's Second Amended Answer to Petition in Intervention of Dora Ruiz

Exhibit 32:   Third Amended Petition in Intervention of Dora Ruiz

Exhibit 33:   Movants' Motion for Leave to File Third Amended Petitions

Exhibit 34:   Cross Plaintiff's Third Amended Cross Petition

Exhibit 35:   Intervenor Plaintiff's Third Amended Petition in Intervention

Exhibit 36:   Cross Plaintiffs' Petition in Intervention and Request for Disclosure

Exhibit 37:   Dora Ruiz's Motion to Strike or Sever Nora Estrada's Petition in Intervention

Exhibit 38:   Defendant/Counter-Plaintiffs' Response to Dora Ruiz's Motion to Strike or Sever Nora Estrada's Petition in Intervention

Exhibit 39:   Defendant Efrain Gomez's First Amended Original Answer

Exhibit 40:   Defendant Cardmoore Trucking Limited Partnership's Original Answer and Jury Demand

| | |
|---|---|
| Exhibit 41: | Defendant Cardmoore Trucking Limited Partnership's First Amended Original Answer |
| Exhibit 42: | Plaintiff's Notice of Non-Suit without Prejudice |
| Exhibit 43: | Notice of Partial Non-Suit with Prejudice |
| Exhibit 44: | Proposed Order for Partial Non-Suit with Prejudice |
| Exhibit 45: | Intervenor Dora Ruiz's Notice of Non-Suit without Prejudice as to Defendants SuperShuttle Houston, LLC and Deven Tesean Bowe |
| Exhibit 46: | Proposed Order Granting Intervenor Dora Ruiz's Notice of Non-Suit without Prejudice as to Defendants Supershuttle Houston, LLC and Deven Tesean Bowe |
| Exhibit 47: | Intervenor Dora Ruiz's Notice of Non-Suit without Prejudice as to Defendant Nora Estrada |
| Exhibit 48: | Proposed Order Granting Intervenor Dora Ruiz's Notice of Non-Suit without Prejudice as to Defendant Nora Estrada |
| Exhibit 49: | Intervenor Dora Ruiz's Notice of Non-Suit without Prejudice as to Cross Plaintiff Efrain Gomez |
| Exhibit 50: | Proposed Order Granting Intervenor Dora Ruiz's Notice of Non-Suit without Prejudice as to Cross Plaintiff Efrain Gomez |
| Exhibit 51: | Proposed Agreed Protective Order |
| Exhibit 52: | Agreed Order |
| Exhibit 53: | Agreed Protective Order |
| Exhibit 54: | Proposed Order |
| Exhibit 55: | Proposed Order |
| Exhibit 56: | Proposed Order |
| Exhibit 57: | Signed Order for Partial Non-Suit with Prejudice |

| | |
|---|---|
| Exhibit 58: | Signed Order Denying Defendants' Motion to Strike Expert Designation of Michelle B. Bim, Ph.D. and to Exclude Testimony |
| Exhibit 59: | Order Denying Defendants' No-Evidence Motion for Partial Summary Judgment |
| Exhibit 60: | Order Plaintiff's Notice of Non-Suit without Prejudice |
| Exhibit 61: | Order Granting Motion to Withdraw |
| Exhibit 62: | Order Compelling Production |
| Exhibit 63: | Agreed Docket Control Order |
| Exhibit 64: | Order Granting Defendant Nora Estrada's Motion to Substitute Counsel |
| Exhibit 65: | Order |
| Exhibit 66: | Order |
| Exhibit 67: | Order |
| Exhibit 68: | Order |
| Exhibit 69: | Docket Control Order |
| Exhibit 70: | Agreed Order for Entry of Level 3 Discovery Control Plan |
| Exhibit 71: | **Harris County Docket Sheet** |
| Exhibit 72: | Chronological Case History |
| Exhibit 73: | Oregon Secretary of State Business Entity Data printed on October 18, 2016 |
| Exhibit 74: | **Index of Matters Being Filed with Defendants' Notice of Removal** |
| Exhibit 75: | **A List of Counsel** |
| Exhibit 76: | Intervenor Ruiz's Second Amended Responses All Parties Request for Disclosure |
| Exhibit 77: | Citation – Combined Transport, Inc. |
| Exhibit 78: | Return of Service – Nora Estrada |
| Exhibit 79: | Return of Service – Michael Eugene Davis |

Exhibit 80:	Return of Service – Michael Eugene Davis

Exhibit 81:	Citation – Michael Eugene Davis

Exhibit 82:	Return of Service – SuperShuttle Houston, LLC

Exhibit 83:	Citation – Combined Transport Logistics Group, Inc.

Exhibit 84:	Citation – Combined Transport Logistics Group, Inc.

Exhibit 85:	Citation – Cardmoore Trucking Limited Partnership

Exhibit 86:	Citation – Cardmoore Trucking Limited Partnership

Exhibit 87:	Defendant Efrain Gomez's General Denial

Exhibit 88:	Second Amended Petition in Intervention of Dora Ruiz

Exhibit 89:	Cross Plaintiffs' Petition in Intervention and Request for Disclosure

Exhibit 90:	Defendants Combined Transport, Inc., Michael Davis, Combined Transport Logistics Group, Inc. and Cardmoore Trucking Limited Partnership's Notice of Non-Suit of Counter Claim

Exhibit 91:	Notice of Filing Notice of Removal

Respectfully submitted,

	/s/*Phillip A. Sellers*
Phillip A. Sellers
Federal Bar No. 21116
William S. Bush
Federal Bar No. 7654
Bush & Ramirez, PLLC
5615 Kirby Drive, Suite 900
Houston, TX  77005
Phone: 713-626-1555
Fax: 713-622-8077
Email: psellers.atty@bushramirez.com
Email: wsbush.atty@bushramirez.com

**ATTORNEY FOR DEFENDANTS COMBINED TRANSPORT, INC., MICHAEL DAVIS, COMBINED TRANSPORT LOGISTICS GROUP, INC., CARDMOORE TRUCKING LIMITED PARTNERSHIP**

## **CERTIFICATE OF SERVICE**

      I certify that a true copy of this document was served upon all counsel of record on October 18, 2016 in accordance with the Federal Rules of Civil Procedure.

James Eloi Doyle
Reed W. Burritt
Michael D. Robbins
Doyle Restrepo Harvin & Robbins, LLP
440 Louisiana, Suite 2300
Houston, TX  77002
Phone: 713-228-5100
Fax: 713-228-6138
Email: jdoyle@drhrlaw.com
Email: rburritt@drhrlaw.com
Email: mrobbins@drhrlaw.com

Mark D. Manela
Manela Law Firm
440 Louisiana, Suite 2300
Houston, TX  77002
Phone: 713-240-4843

Andrew E. Lemanski
Andrew E.Lemanski & Associates
9600 Long Point, Suite 150
Houston, TX  77055
Phone: 713-515-2826
Fax: 713-583-9401
Email: andylemanski@yahoo.com

                                              */s/ Phillip A. Sellers*
                                                Phillip A. Sellers