CAUSE NO. 2015-42296

| | | |
|---|---|---|
| DEVEN TESEAN BOWE,<br>*Plaintiff*, | § § § | IN THE DISTRICT COURT OF |
| v. | § § | HARRIS COUNTY, TEXAS |
| MICHAEL EUGENE DAVIS and<br>COMBINED TRANSPORT, INC., | § § § § | |
| *Defendants.* | § | 133rd JUDICIAL DISTRICT |

### INTERVENOR DORA RUIZ'S SECOND AMENDED RESPONSES TO ALL PARTIES' REQUEST FOR DISCLOSURE

TO: Defendant Nora Estrada, by and through her attorney of record, David H. Bradley, Walters, Balido & Crain, L.L.P., 2500 Tanglewilde, Suite 250, Houston, Texas 77063.

Pursuant to TEX. R. CIV. P. 194, Intervenor-Plaintiff Dora Ruiz ("Ruiz") serves these Second Amended Responses to All Parties' Request for Disclosure.

Respectfully submitted,

DOYLE RESTREPO HARVIN & ROBBINS, L.L.P.

By: /s/ James Eloi Doyle
James Eloi Doyle
State Bar No. 06093500
jdoyle@drhrlaw.com
Michael D. Robbins
State Bar No. 16984700
mrobbins@drhrlaw.com

440 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 228-5100 (telephone)
(713) 228-6138 (facsimile)

Mark D. Manela
State Bar No. 12894500
mmanela@manelalawfirm.com
MANELA LAW FIRM
440 Louisiana, Suite 2300
Houston, Texas 77002

EXHIBIT 76

(713) 240-4843 (telephone)

**ATTORNEYS FOR INTERVENOR-PLAINTIFF
DORA RUIZ**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served upon the following by electronic service or facsimile on August 19, 2016 on:

Nick Oweyssi
3200 Southwest Freeway, Suite 2350
Houston, Texas 77027
nick@oweyssilaw.com

Hector G. Longoria
HEARD ROBINS CLOUD & LUBEL, LLP

846 North Loop
Houston, TX 77009
hector@longoria-law.com

Eric R. Benton
LORANCE & THOMPSON, P.C.
2900 North Loop West, Suite 500
Houston, Texas 77092
erb@lorancethompson.com

William S. Bush/Phillip A. Sellers
BUSH & RAMIREZ, PLLC
5615 Kirby, Suite 900
Houston, Texas 77005
wsbush@bushramirez.com

Fernando P. Arias/Mark Hardy, Jr.
FLETCHER, FARLEY, SHIPMAN &
SALINAS, LLP
9201 N. Central Expressway, Suite 600
Dallas, Texas 75231
Fred.arias@fletcherfarley.com
dj.hardy@fletcherfarley.com

Austin L. Van Stean
1235 North Loop West, Suite 920
Houston, Texas 77008
austin@vansteanlaw.com

Michael T. Sprague
SPRAGUE RUSTAM & DIAMOND, PC
11111 Katy Freeway, Suite 300
Houston, Texas 77079
mspraguelaw@gmail.com

David H. Bradley
WALTERS, BALIDO & CRAIN, L.L.P.
2500 Tanglewilde, Suite 250
Houston, Texas 77063
bradleyedocsnotifications@wbclawfirm.com


/s/ Michael D. Robbins
Michael D. Robbins

3

## RESPONSES TO REQUEST FOR DISCLOSURE

Request for Disclosure 194.2(a): The correct names of the parties to the lawsuit.

> **RESPONSE:** To Intervenor's knowledge, the names of the parties to the lawsuit are correct.

Request for Disclosure 194.2(b): Name, address, and telephone number of any potential parties.

> **RESPONSE:** Intervenor is not aware of any potential parties.

Request for Disclosure 194.2(c): The legal theories and, in general, the factual bases for your claims or defenses.

> **RESPONSE:** Ruiz brings this negligence action against Defendants for the severe injuries she suffered in an automobile accident caused by Defendants in Houston, Texas. On November 24, 2014, at approximately 1:00 PM, a Combined Transport freighter negligently lost control of the massive wind turbine it was pulling along Highway 59 near downtown Houston, Texas. The truck was being driven by Michael Davis, an employee of Combined Transport. The turbine created an obstruction in the highway in front of the vehicles being driven by Ruiz, Estrada, Bowe, and Gomez. Defendants Estrada, Bowe, and Gomez negligently crashed into Ruiz. The severity of the crash caused Ruiz's skull to whiplash with such force she was knocked unconscious. As a result of Defendants' negligence, Ruiz sustained a traumatic brain injury and other injuries to her body, the symptoms of which continue to limit her quality of life and ability to work. At all times material, Michael Davis was acting within the course and scope of his employment with Combined Transport, Inc., and therefore his actions are attributable to Combined Transport, Inc. At all times material, Deven Bowe was acting within the course and scope of his employment with SuperShuttle LLC, and therefore his acts are attributable to SuperShuttle LLC. *See* Petition in Intervention of Dora Ruiz.

Request for Disclosure 194.2(d): The amount and any method of calculating economic damages.

> **RESPONSE:** Ruiz seeks monetary relief of over $1,000,000 and all other relief to which she is entitled. Ruiz has suffered personal injuries and seeks monetary damages to compensate her for the following elements of damages: (a) reasonable and necessary medical care and expenses in the past; (b) reasonable and necessary medical care and expenses that will, in reasonable probability, be incurred in the future; (c) physical pain and suffering in the past; (d) physical pain and suffering that will, in reasonable probability, be incurred in the future; (e) physical impairment in the past; (f) physical impairment that will, in reasonable probability, be suffered in the future; (g) mental anguish in the past; (h) mental anguish that will, in reasonable probability, be suffered in the future; (i) loss of earning capacity in the past; (j) loss of earning capacity that will, in reasonable probability, be suffered in the future; (k) loss of wages; and (l) exemplary damages. *See* Petition in Intervention of Dora Ruiz.

<u>Request for Disclosure 194.2(e)</u>: The name, address, and telephone number of persons having knowledge of relevant facts and a brief statement of each identified person's connection with the case.

**RESPONSE:**
    Combined Transport
    c/o William S. Bush
    Phillip A. Sellers
    BUSH & RAMIREZ, PLLC
    5615 Kirby, Suite 900
    Houston, Texas 77005
    *(Defendant/Cross-Defendant)*

    Michael Davis
    c/o William S. Bush
    Phillip A. Sellers
    BUSH & RAMIREZ, PLLC
    5615 Kirby, Suite 900
    Houston, Texas 77005
    *(Defendant and Employee of Combined Transport and Driver of 2015 Red Peterbilt TT)*

    Combined Transport Logistics Group, Inc.
    c/o William S. Bush
    Phillip A. Sellers
    BUSH & RAMIREZ, PLLC
    5615 Kirby, Suite 900
    Houston, Texas 77005
    *(Defendant)*

    Cardmoore Trucking Limited Partnership
    c/o William S. Bush
    Phillip A. Sellers
    BUSH & RAMIREZ, PLLC
    5615 Kirby, Suite 900
    Houston, Texas 77005
    *(Defendant)*

    Dora Ruiz
    c/o James Eloi Doyle
    DOYLE, RESTREPO, HARVIN & ROBBINS, LLP
    440 Louisiana St., Suite 2300
    Houston, Texas 77002
    and
    Mark Manela
    MANELA LAW FIRM
    440 Louisiana St., Suite 2300

Houston, Texas  77002
*(Intervenor Plaintiff)*

Efrain Gomez
c/o Hector Longoria
HECTOR LONGORIA, PC
846 North Loop
Houston, TX 77009
and
Michael T. Sprague
SPRAGUE RUSTAM & DIAMOND, PC
11111 Katy Freeway, Suite 300
Houston, Texas 77079
*(Cross-Plaintiff and Driver of 2007 White Freightliner)*

Immell Rivera
c/o Hector Longoria
HECTOR LONGORIA, PC
846 North Loop
Houston, TX 77009
*(Intervenor Plaintiff and Passenger of 2007 White Freightliner)*

SuperShuttle Houston, LLC
c/o Fernando Arias and Lisa Yerger
FLETCHER FARLEY SHIPMAN & SALINAS
9201 N. Central Expressway, 6th Floor
Dallas, Texas  75231
*(Defendant)*

Deven Tesean Bowe
c/o Fernando Arias and Lisa Yerger
FLETCHER FARLEY SHIPMAN & SALINAS
9201 N. Central Expressway, 6th Floor
Dallas, Texas  75231
*(Defendant and Driver of SuperShuttle Houston, LLC)*

Dolores Maldonado
10847 Tallow Briar Lane
Houston, Texas  77075
*(Owner of 2007 White Freightliner)*

State Farm
One State Farm Plaza
Bloomington, Illinois  61710
*(Insurance Company of Dolores Maldonado)*

6

DC Wrecker
1145 Chamboard Lane
Houston, Texas 77018
*(Towing Service of 2007 White Freightliner)*

American Trucking and Transportation Insurance
111 N. Higgins Avenue, 4th Floor
Missoula, Montana 59802
*(Insurance Company of Combined Transport)*

Old Republic Insurance Company
133 Oakland Avenue
P.O. Box 789
Greensburg, Pennsylvania 15601
*(Insurance Company of SuperShuttle)*

T&T Motors
3409 Sadler Street
Houston, Texas 77093
*(Towing Company of 2010 Ford E-series Van and 1996 White Toyota 4Runner)*

David Strong
Contact Information Unknown
*(Passenger of 2010 Blue Ford E-series Van)*

Serge Pache
Contact Information Unknown
*(Passenger of 2010 Blue Ford E-series Van)*

Nora Estrada
c/o Austin L. Van Stean
1235 North Loop West, Suite 920
Houston, Texas 77008
and
David H. Bradley
WALTERS, BALIDO & CRAIN, L.L.P.
2500 Tanglewilde, Suite 250
Houston, Texas 77063
*(Defendant, Owner and Driver of 2006 Black Nissan Murano)*

Eddie Ortega
Contact Information Unknown
*(Passenger of 2006 Black Nissan Murano)*

7

Aaliayah Ortega
Contact Information Unknown
*(Passenger of 2006 Black Nissan Murano)*

Allnight Towing
6005 Leedale Street
Houston, Texas 77016
*(Towing Company of 2006 Black Nissan Murano)*

AAA Texas
P.O. Box 630588
Irving, Texas 75063
*(Insurance Company of Nora Estrada)*

Ben Taub Hospital
1504 Taub Loop
Houston, Texas 77030
*(Medical Provider of Efrain Gomez)*

Northwest Houston Medical Center
710 Cypress Creek Parkway
Houston, Texas 77090
*(Medical Provider of Immel Rivera-Araniva)*

Lyndon B. Johnson Hospital
5656 Kelley Street
Houston, Texas 77026
*(Medical Provider of Dora Ruiz)*

Texas Department of Transportation
16711 Eastex Freeway
Houston, Texas 77050
*(Owner of Center Median Wall)*

Officer Andrew Michon
ID No. 7202
Houston Police Department
1200 Travis Street
Houston, Texas 77002
*(Investigating Officer)*

Pro Appraisal, LLC
10940 S. Parker Road, Suite 734
Parker, Colorado 80134
*(Appraisal Company of SuperShuttle Van)*

8

Masters Towing
1220 S. Interstate 35
San Marcos, Texas 78666
*(Towing Company of 2008 White Aspen Metal TL)*

Houston Fire Department/EMS
600 Jefferson Street
Houston, Texas 77002
*(Ambulance Service)*

UT Physicians
P.O. Box 301173
Dallas, Texas 75303-1173
*(Medical Provider of Dora Ruiz)*

Houston Methodist Hospital
Pearland Emergency Care Center
11525 Broadway
Pearland, Texas 77584
*(Medical Provider of Dora Ruiz)*

Medical Clinic of Houston, LLP
Hang X. Munsayac, M.D.
1701 Sunset Boulevard
Houston, Texas 77005
*(Medical Provider of Dora Ruiz)*

Egret Bay Neurology, PA
Mavis Fujii, M.D.
18333 Egret Bay Blvd., Suite 650
Houston, Texas 77058
*(Medical Provider of Dora Ruiz)*

Advantage Physical Therapy
618 Cole Street
Webster, Texas 77598
*(Medical Provider of Dora Ruiz)*

Berkeley Eye Center
22741 Professional Drive
Kingwood, Texas 77339
*(Medical Provider of Dora Ruiz)*

Superior Sleep Center
2116 Bissonnet Street
Houston, Texas 77005
*(Medical Provider for Dora Ruiz)*

Clear Lake Rheumatology
2060 Space Park Drive, Suite 208
Nassau Bay, Texas 77058
*(Medical Provider for Dora Ruiz)*

TIRR Memorial Hermann
1333 Moursand Street
Houston, Texas 77030
*(Medical Provider for Dora Ruiz)*

Clear Creek Psychiatry
1110 East Nasa Parkway, Suite 410
Houston, Texas 77058
*(Medical Provider for Dora Ruiz)*

Clear Lake Regional Medical Center
8101 W. Sam Houston Parkway South, Suite 100
Houston, Texas 77072
*(Medical Provider for Dora Ruiz)*

Lee Barker, D.C.
17300 Saturn Lane, Suite 105
Houston, Texas 77058
*(Medical Provider for Dora Ruiz)*

Medical Psychology Associates, P.C.
1560 W. Bay Area Blvd., Suite 305
Friendswood, Texas 77546
*(Medical Provider for Dora Ruiz)*

Bay Area Heart, PLLC
450 Blossom Street, Suite D
Webster, Texas 77598
*(Medical Provider for Dora Ruiz)*

Laboratory Corporation of America
1225 J Lane
Graham, North Caroling 27253
*(Medical Provider for Dora Ruiz)*

CVS
One CVS Drive
Woonsocket, Rhode Island 02895
*(Medical Provider for Dora Ruiz)*

Island Health Center
4623 Fort Crockett Blvd.
Galveston, Texas 77551
*(Medical Provider for Dora Ruiz)*

Michelle B. Viro, Ph.D., P.A.
4645 Sweetwater Boulevard, Suite 500
Sugar Land, Texas 77479
*(Treating psychologist for Dora Ruiz)*

Eric Marchion
*(Adjuster at American Trucking Transportation Insurance Co.)*

RC Pilot Cars
418 E 12th Street, Box 12
Fairmont, Minnesota 56031
*(Front escort drivers)*

Virgile Beard
Beard Escort Service
2819 Ash Road
Pearland, Texas 77584
*(Steerman, rear escort driver)*

James Parr
Dustin Johnston
*(escort car drivers)*

Jonathan Manuel
c/o James Eloi Doyle
DOYLE, RESTREPO, HARVIN & ROBBINS, LLP
440 Louisiana St., Suite 2300
Houston, Texas 77002
*(Son of Dora Ruiz)*

Maria Ruiz
c/o James Eloi Doyle
DOYLE, RESTREPO, HARVIN & ROBBINS, LLP
440 Louisiana St., Suite 2300
Houston, Texas 77002
*(Mother of Dora Ruiz)*

11

Michael Manwell
c/o James Eloi Doyle
DOYLE, RESTREPO, HARVIN & ROBBINS, LLP
440 Louisiana St., Suite 2300
Houston, Texas 77002
*(Ex-husband of Dora Ruiz)*

Request for Disclosure 194.2(f): For any testifying expert:

a. the expert's name, address, and telephone number;

b. the subject matter on which the expert will testify;

c. the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to your control, documents reflecting such information;

d. if the expert is retained by, employed by, or otherwise subject to your control:

   i. all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and

   ii. the expert's current resume and bibliography.

   **RESPONSE:** Please refer to Intervenor's Designation of Expert Witnesses, and amended designations.

Request for Disclosure 194.2(g): Any indemnity and insuring agreements.

   **RESPONSE:** Not applicable.

Request for Disclosure 194.2(h): Any settlement agreements.

   **RESPONSE:** None.

Request for Disclosure 194.2(i): Any witness statements.

   **RESPONSE:** *See* Ruiz.000152-000165.

Request for Disclosure 194.2(l): The name, address, and telephone number of any person who may be designated as a responsible third party.

   **RESPONSE:** None known at this time.