CONFIRMED FILE DATE: 8/12/2015

**P2**

CAUSE NO. 201542296

RECEIPT  NO.                              0.00        ATY
         *********                              TR # 73152168

PLAINTIFF: BOWE, DEVEN TESEAN                In The  133rd
     vs.                                     Judicial District Court
DEFENDANT: DAVIS, MICHAEL EUGENE             of Harris County, Texas
                                             133RD DISTRICT COURT
                                             Houston, TX

CITATION (NON-RESIDENT CORPORATE)
THE STATE OF TEXAS
County of Harris

**FILED**
Chris Daniel
District Clerk

TO: COMBINED TRANSPORT INC (FOR-PROFIT CORPORATION) MAY BE SERVED BY
    SERVING ITS REGISTERED AGENT MICHAEL CARD
    OR WHEREVER THE REGISTERED AGENT MAY BE FOUND
    5656 CRATER LAKE AVENUE  CENTRAL POINT OR 97502

**AUG 1 2 2015**

Time:                     11:57
Harris County, Texas
By
                    C. Arcilla
                    Deputy

     Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE</u>

This instrument was filed on the <u>22nd day of July, 2015,</u> in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED,  You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
     This citation was issued on 23rd day of July, 2015, under my hand and
seal of said Court.

<u>Issued at request of:</u>
OWEYSSI, NICHOLAS ALAN
800 COMMERCE STREET, SUITE 106
HOUSTON, TX 77002
Tel: (713) 225-2222
<u>Bar No.:</u> 24072875

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline       Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210)

GENERATED BY: TAYLOR, SHANELLE L    3VT//10150631

OFFICER/AUTHORIZED PERSON RETURN

     Received on the ____ day of _____, _____, at _____ o'clock ____ .M., and

executed the same in _____ County, Texas, on the ____ day of _____, _____, at

_____ o'clock _____.M., by summoning the _____,

          by delivering to _____, in person _____

a corporation <
          by leaving in the principal office during office hours

_____ of the said _____

a true copy of this notice, together with accompanying copy of

Serving _____ copy _____ $ _____

_____           By _____
          Affiant                                     Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared . After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

_____
          Notary Public

N.INT.CITCN.P



RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**EXHIBIT**
**77**

## PROOF OF SERVICE

133RD JUDICIAL DISTRICT COURT OF TEXAS          County of HARRIS

Case Number 201542296

Plaintiff:
DEVEN TESEAN BOWE
vs
Defendant
MICHAEL EUGENE DAVIS and COMBINED TRANSPORT, INC.

FILED
Chris Daniel
District Clerk
AUG 1 2 2015
Time: _____ 11:57
By _____ Harris County, Texas
Name: C. Arcillo

Received by Cleveland Process Serving to be served on, COMBINED TRANSPORT INC., at 5656
CRATER LAKE AVENUE CENTRAL POINT, OREGON 97502

I, Linda Gates, do hereby affirm that on, August 03, 2015 at 2:17 PM I:

served, CITATION (NON-RESIDENT CORPORATION), PLANTIFF'S ORIGINAL PETITION AND
REQUEST FOR DISCLOSURE by OFFICE SERVICE to, COMBINED TRANSPORT INC., at the
aforemention  address by leaving documents with ANTHONY KELLEY who is the
GENERAL MANAGER

I am a competent person over the age of 18 years and a resident of the State of Oregon.  I am not
a party to, nor an officer, director or employee of,
nor attorney for any party in this action.

I certify that on ____8/4/2015____, I mailed a certified copy of the
above listed documents to the defendant(s) stating date, time and place of service, to 5656 CRATER LAKE
AVENUE CENTRAL POINT, OREGON 97502 Attn: R/A Michael Card.

Linda Gates
Process Server
Cleveland Process Serving
P. O Box 1508
Medford, Oregon 97501
5417723855

Our file#15-017363
Client:STERLING SUBPOENA & CITATION
17630 CREEK BLUFF LANE
CYRESS, TX 77433
Client Ref#
FEE DESC ITEM FEE
Citation   60.00
=======
     60.00