8/28/2015 4:12:21 PM
Chris Daniel - District Clerk Harris County
Envelope No. 6708679
By: EVELYN PALMER
Filed: 8/28/2015 4:12:21 PM

CAUSE NO. 2015-42296

| | | |
|---|---|---|
| DEVEN TESEAN BOWE<br>*Plaintiff* | §<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§<br>§ | |
| | §<br>§ | HARRIS COUNTY, TEXAS |
| COMBINED TRANSPORT, INC. and<br>MICHAEL DAVIS<br>*Defendants.* | §<br>§<br>§ | 133rd JUDICIAL DISTRICT |

## GENERAL DENIAL

As provided by Rule 92 of the Texas Rules of Civil Procedure, Defendant, Efrain Gomez enters a general denial of the matters pleaded by Intervenor Petition in Intervention against Efrain Gomez, and asks that these matters be properly decided by this Honorable Court and Jury.

Respectfully submitted,

*/s/ Hector Longoria*

HECTOR G. LONGORIA
Texas State Bar No. 00794185
Email: hlongoria@heardrobins.com
2000 West Loop South, 22nd Floor
Houston, Texas 77027
Telephone: (713) 650-1200
Facsimile: (713) 650-1400

*Attorney for Intervenor Plaintiffs,*
*Efrain Gomez and Immel Bladimir Rivera*

EXHIBIT 87

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered in accordance with Rule 21 and 21a of the Texas Rules of Civil Procedure to the counsel of record listed below by electronic delivery via eFiling for Courts eService, email, certified mail/return receipt requested and/or facsimile on this 28th day of August, 2015:

James Eloi Doyle
**DOYLE, RESTREPO HARVIN & ROBBINS, L.L.P.**
State Bar No. 06093500
jdoyle@drhrlaw.com
Reed W. Burritt
State Bar No. 24092201
440 Louisiana St, Suite 2300
Houston, Texas 77002
(713) 228-5100
(713) 228-6138(facsimile)

Mark D. Manela
**MANELA LAW FIRM**
State Bar No. 12894500
440 Louisiana St, Suite 2300
Houston, Texas 77002
(713) 240-4843

*Attorneys for Plaintiff,
Dora Ruiz*

Nick Oweyssi
**THE OWEYSSI LAW FIRM**
State Bar No. 04019100
800 Commerce Street
Houston, Texas 77002
rburritt@drhrlaw.com

*Attorneys for Plaintiff
Deven Teagan Bowe*

Eric R. Benton
**LORANCE & THOMPSON, P.C.**
2900 North Loop West Suite 500
Houston, Texas 77092

*Attorneys for Defendants
Combined Transport, Inc. and
Michael Davis*

_____
Hector G. Longoria