United States District Court
Southern District of Texas
**ENTERED**
January 12, 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DORA RUIZ, *et al.*, § § Plaintiffs, § VS. § **CIVIL ACTION NO. 4:16-CV-3090** § COMBINED TRANSPORT INC, *et al.*, § § Defendants. § | |

# ORDER

The Court has received the Stipulation of Voluntary Partial Dismissal filed by Plaintiff Dora Ruiz and Defendants Combined Transport, Inc., Combined Transport Logistics Group, Inc., Cardmoore Trucking L.P., and Michael Eugene Davis. (Doc. No. 52.) In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Court acknowledges that Plaintiff Ruiz's claims are **DISMISSED WITH PREJUDICE**.

The claims of Plaintiff Nora Estrada in her individual capacity and as next friend of Eddie Ortega and Aaliyah Ortega are unaffected by this dismissal and remain pending against Defendants.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on the 12th day of January, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE